UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT ERIC CELIS,

     Plaintiff,

          v.

FRANK BISIGNANO,
Commissioner of Social Security,

     Defendant.

No. 5:25-cv-03101-BFM

JUDGMENT

     Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:   MARCH 27, 2026

_____
HON. BRIANNA FULLER MIRCHEFF
United States Magistrate Judge

-1-